# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| GARY BRUCE LOCKE, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:20-cv-01701-ACA-NAD |
| NAIDEEN CLOPTON, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On February 4, 2022, the magistrate judge entered a report recommending that the court (1) grant Defendant Naideen Clopton's motion for summary judgment and (2) grant in part and deny in part Defendants Sean Mukaddam and Jordan Pace's motion for summary judgment. (Doc. 43). Specifically, the magistrate judge recommended granting summary judgment in favor of Ms. Clopton on all claims against her; granting summary judgment in favor of Mr. Mukaddam and Mr. Pace on the official capacity claims against them; denying summary judgment on the claim that Mr. Pace used excessive force against Plaintiff Gary Bruce Locke, Jr., and denying summary judgment on the claim that Mr. Mukaddam was deliberately indifferent to Mr. Locke's serious medical need. (Doc. 43). The magistrate judge notified the parties of their right to object and warned them that failure to object waives the right to challenge on appeal any unobjected-to factual and legal

conclusions. (*Id.* at 28). The deadline for objections has passed without receipt of any objections.

The parties' failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendations. The court **GRANTS** Ms. Clopton's motion for summary judgment and **WILL ENTER SUMMARY JUDGMENT** in her favor and against Mr. Locke on all claims asserted against her. The court **GRANTS IN PART** and **DENIES IN PART** Mr. Pace and Mr. Mukaddam's motion for summary judgment and **WILL ENTER SUMMARY JUDGMENT** in their favor and against Mr. Locke on all official capacity claims against them. Mr. Locke's claim for excessive force against Mr. Pace and Mr. Locke's claim for deliberate indifference to serious medical needs against Mr. Mukaddam will proceed.

The court will enter a separate partial judgment consistent with this memorandum opinion and order.

The court **REFERS** the remaining claims to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this March 9, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE